No. 88–7243.  IN RE DEBARDELEBEN;
No. 88–7346.  IN RE STARLING;
No. 88–7615.  IN RE FIELDS, AKA SCOTT;
No. 89–5002.  IN RE BONNETT;
No. 89–5030.  IN RE AGOMO;
No. 89–5155.  IN RE LAY;
No. 89–5174.  IN RE MICKENS;
No. 89–5199.  IN RE PHILLIPS; and
No. 89–5263.  IN RE MARTIN.  Petitions for writs of mandamus denied.

No. 88–7221.  IN RE MARTIN;
No. 88–7314.  IN RE BAILEY;
No. 89–5253.  IN RE HAUGEN; and
No. 89–5266.  IN RE HOLLINGSWORTH.  Petitions for writs of mandamus and/or prohibition denied.

No. 88–1725.  VENEGAS v. MITCHELL.  C. A. 9th Cir.  Certiorari granted.

No. 88–1897.  MICHIGAN DEPARTMENT OF STATE POLICE ET AL. v. SITZ ET AL.  Ct. App. Mich.  Certiorari granted.

No. 88–1905.  KELLER ET AL. v. STATE BAR OF CALIFORNIA ET AL.  Sup. Ct. Cal.  Certiorari granted.

No. 88–1916.  MINNESOTA v. OLSON.  Sup. Ct. Minn.  Certiorari granted.

No. 88–1943.  OFFICE OF PERSONNEL MANAGEMENT v. RICHMOND.  C. A. Fed. Cir.  Certiorari granted.